# United States District Court
# Central District of California
# Eastern Division

United States of America,

        Plaintiff,

   v.

$25,500.00 in U.S. Currency,

        Defendant.

EDCV 14-2534-VAP (DTBx)
**Judgment of Forfeiture**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    This action came on regularly for trial on December 8, 2015, in Courtroom 2 of the above entitled Court, the Honorable Virginia A. Phillips, United States District Judge presiding. Claimant Domitila Valdez Bojorquez appeared by her attorney Alberto Sobero. Plaintiff United States of America appeared by its attorney, Steven R. Welk.

    A jury of seven persons was regularly impaneled and sworn to try the action. Witnesses were sworn and testified.

    On December 9, 2015, after hearing the evidence, the arguments of counsel, and the instructions given to the jury on Plaintiff's civil forfeiture claim, the jury retired to consider its verdict, and on December 9, 2015, returned its verdict by way of answers to the questions propounded to it, as follows:

**Question No. 1:**

Has the government proven by a preponderance of the evidence that all or some portion of the defendant $25,500 in currency was proceeds of one or more exchanges for a controlled substance?

YES __X__        NO____

*If you answered "yes" to question 1, proceed to question 2. If you answered "no" to question 1, proceed to question 3.*

**Question No. 2:**

*If you answered "yes" to question 1,* what amount of the defendant currency do you find was proceeds of one or more exchanges for a controlled substance?

Amount $25,500.00

*Proceed to question 3.*

**Question No. 3:**

Has the government proven by a preponderance of the evidence that all or some portion of the defendant $25,500 in currency was intended to be used in one or more exchanges for a controlled substance?

YES __X__        NO____

*If you answered "yes" to question 3, proceed to question 4. If you answered "no" to both of questions 1 and 3, please sign, date and return this special verdict form.*

2

**Question No. 4:**

If you answered "yes" to question 3, what amount of the defendant currency do you find was intended to be exchanged for a controlled substance?

Amount $25,500.00

*If you answered "yes" to either or both of questions 1 or 3, proceed to question 5.*

**Question No. 5:**

Has the claimant proven by a preponderance of the evidence that she is the owner of the defendant currency?

YES \_\_\_\_          NO \_\_X\_\_

*If you answered "yes" to question 5, proceed to question 6. If you answered "no" to question 5, please sign, date and return this special verdict form.*

**Question No. 6:**

Has the claimant proven by a preponderance of the evidence that she did not know and was without reasonable cause to believe that the defendant currency was proceeds of one or more exchanges for a controlled substance, or was intended to be used in one or more such exchanges?

Please sign and date the special verdict form:

Dated: 12/9/2015                    _____/s/_____
                                             Foreperson of the Jury

By reason of the verdict described above, **IT IS ADJUDGED, ORDERED, AND DECREED THAT:**

The entirety of the defendant currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and no other right, title, or interest shall exist therein. The United States shall dispose of the defendant currency in accordance with law.

The Court orders that such judgment be entered.

Dated: 12/15/15

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge